IN THE SUPREME COURT OF THE STATE OF NEVADA

| | |
|---|---|
| THE STATE OF NEVADA,<br>Petitioner,<br>vs.<br>JUSTICE COURT, LAS VEGAS<br>TOWNSHIP; AND THE HONORABLE<br>JOSEPH S. SCISCENTO, JUSTICE OF<br>THE PEACE,<br>Respondents,<br>  and<br>MICHAEL PAGLIA,<br>Real Party in Interest. | No. 79104<br><br>**FILED**<br><br>AUG 06 2019<br><br> |

## ORDER DENYING PETITION
## FOR WRIT OF MANDAMUS OR PROHIBITION

This original petition for a writ of mandamus or prohibition challenges a justice court oral order granting a motion for the return of seized property.

Having reviewed petitioner's petition and supporting documentation, we conclude that our extraordinary intervention is not warranted. *See* NRS 34.160; *State v. Eighth Judicial Dist. Court (Armstrong)*, 127 Nev. 927, 931, 267 P.3d 777, 779-80 (2011) (recognizing that a writ petition is addressed to this court's sole discretion and that a writ of mandamus may issue to control only a manifest abuse of discretion or an arbitrary or capricious exercise of discretion); *Pan v. Eighth Judicial Dist. Court*, 120 Nev. 222, 228, 88 P.3d 840, 844 (2004) (recognizing that a petitioner bears the burden of demonstrating that extraordinary relief is warranted); *see also United States v. Mitchell*, 324 F. App'x 264, 265 (4th Cir. 2009) (recognizing that determining a motion to return property,

19-32935

brought under the federal analog to NRS 179.085, is within the district court's discretion).[1] Accordingly, we

ORDER the petition DENIED.

_____, J.
Hardesty

_____, J.
Stiglich

_____, J.
Silver

cc:  Joseph S. Sciscento, Justice of the Peace
     Attorney General/Carson City
     Clark County District Attorney
     Chesnoff & Schonfeld
     Las Vegas Justice Court

_____

[1]We note that, although petitioner also sought a writ of prohibition, petitioner did not argue that the justice court lacked or had exceeded its jurisdiction. *See* NRS 34.320. And as an additional basis for denying writ relief, petitioner to date has failed to provide this court with a written copy of the justice court order it challenges. *See* NRAP 21(a)(4).